15802.   GLAZE .v. THE STATE.

BROYLES, C. J.   It not appearing from the bill of exceptions or the record that the bill of exceptions was tendered to the judge within twenty days of the judgment complained of ˙(the overruling of the motion for a new trial), this court is without jurisdiction to entertain the bill of exceptions.

*Writ of error dismissed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 13, 1924.

Conviction of assault and battery; from Fulton superior court—Judge Howard.   May 10, 1924.

*Thomas J. Lewis, T. L. Slappey,* for plaintiff in error.

*John A. Boykin,* solicitor-general, *E. A. Stephens, Ralph H. Pharr,* contra.